Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHN DOE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | **No. 2:12-CV-01656-KJM-GGH** <br><br> **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

Plaintiff AF Holdings LLC, by and through its undersigned counsel, hereby moves this Court for administrative relief for an order continuing the initial case management conference for good cause. Per the Court's Minute Order, the Status Conference is scheduled for November 1, 2012. (ECF No. 8.) John Doe is an individual associated with the Internet Protocol ("IP") address 174.134.185.41 (ECF No. 1 ¶ 4), and as explained in Plaintiff's Case Status Report, Plaintiff obtained the requested information from the ISP, Bright House Networks, LLC ("Bright House") only two days ago. (*See* ECF No. 9.) Currently, Plaintiff is attempting to contact the subscriber related to IP address 174.134.185.41 in order to discuss the case before proceeding to name and serve a defendant.

At this juncture, Plaintiff believes that, in light of the above, a case status conference is unnecessary as there is nothing substantive to report at this time outside of the matters discussed herein.  As Plaintiff only recently received information regarding the subscriber of the IP address

174.134.185.41, Plaintiff has yet to name and serve a Defendant to this case. Without the participation of all the parties, such a hearing would be a waste of the Court's time and resources. As such, Plaintiff requests additional time to discuss the case with the subscriber related to this case and to name and serve a Defendant.

For these reasons, Plaintiff respectfully requests that this Court continue the Status Conference to Thursday, December 20, 2012, at 1:30 p.m. or to a later date that is in accordance with this Court's schedule.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: October 25, 2012**

By:      /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.

3

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO
CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE
No. 2:12-cv-1657-GEB-KJN