Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>JOHN DOE, )<br>)<br>       Defendant. )<br>)<br>_____) | No. 2:12-CV-01656-KJM-GGH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On October 25, 2012, Plaintiff filed a Motion for Administrative Relief for Leave to Continue Status (Pretrial Scheduling) Conference. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for October 15, 2012, is continued to **Thursday, December 20, 2012, at 1:30 p.m.**

DATED: October 30, 2012                  /s/ Gregory G. Hollows
                                                                                _____
                                                                                           Gregory G. Hollows
                                                                             United States Magistrate Judge