# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 12-24-12 |
| NAME OF SERVER *(PRINT)* JACKIE BRAZEAL | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1999 Bay Meadows Dr., Wasco, CA. 93280

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 0 | SERVICES $60.00 | TOTAL $60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-24-12
*Date*

*Signature of Server* Jackie Brazeal

*Address of Server*
Active Legal
Process Solutions Inc.
2030 17th St.,
Bakersfield, CA 93301