FILED

JAN 09 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Mark Morse
1999 Bay Meadows Dr.
Wasco, Ca. 93280
(661) 817-6870
IN PRO PER

In The United States District Court For The
Eastern district Of California

| | |
|---|---|
| AF HOLDINGS LLC,<br>Plaintiff,<br>vs.<br>MARK MORSE,<br>Defendant | Case No.: 2:12-cv-01656-KJM-GGH<br>**RESPONSE TO AMENDED COMPLAINT** |

Defendant Mark Morse ("Defendant"), answers as follows:

With respect to paragraphs 1-40 of the amended complaint, I am without sufficient knowledge to admit or deny the allegations and on that basis I deny.

**BACKGROUND**

I have no knowledge of the allegations filed against me

I share a home with my 5 children and wife who all have access to the computer in the home and our Wi-Fi connection, as well as many of our friends and family. I have no knowledge of the alleged accusations by the plaintiff.

**COUNT I-COPYRIGHT INFRINGEMENT**

With respect to paragraphs 1-40 of the amended complaint, I am without sufficient knowledge to admit or deny the allegations and on that basis I deny.

**COUNT II-CONTRIBUTORY INFRINGEMENT**

With respect to paragraphs 1-40 of the amended complaint, I am without sufficient knowledge to admit or deny the allegations and on that basis I deny.

**PRAYER FOR RELIEF**

**WHEREFORE,** Defendant respectfully requests dismissal or denial of all allegations against me.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: January 9 2013

Mark Morse

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AF Holdings LLC,

v.

MARK MORSE

Case Number: 2:12-CV-01656-KJM-GGH

PROOF OF SERVICE

/

I hereby certify that on January 9. 2013, I served a copy of the attached Response to Amended Complaint by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Wasco, CA. 93280:

(List Name and Address of Each Defendant or Attorney Served)

Brett L. Gibbs
38 miller ave
#263
Mill Valley, CA 94941

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Person Completing Service)