Mark Morse, Pro per
1999 Bay Meadows dr.
Wasco,ca 93280
(661) 817-6870

FILED
JAN 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AF HOLDINGS LLC,**

Plaintiff,

vs.

**MARK MORSE,**

Defendant

Case No.: **2:12-CV-01656-KJM-GGH**

**MOTION FOR CHANGE OF VENUE**

Dated this **01/11/2013**

**1999 Bay Meadows dr**
**Wasco , ca. 93280**
**Mark Morse**

To AF Holdings LLC ("plaintiff") and to the attorney of record: Brett L. Gibbs

NOTICE IS HEREBY GIVEN that on 02/28/2013 at 1:30pm or as soon thereafter as the matter may be heard, in United States Court of the Eastern District of California, Robert T. Matsui United States Courthouse, Courtroom 9 - 13th Floor 501 I street Sacramento, Ca 95814, Mark Morse (defendant) will, and hereby does, move for an order pursuant to Code of Civil Procedure section 397 to transfer the venue of this action to United States District

Court for Eastern District of California 2500 Tulare Street #1501, Fresno, Ca. The motion will be made on the ground that the defendant Mark Morse would suffer financial hardship traveling to and from Sacramento as it is about 300 mles one way from residence.

Jan 11 2013 Mark Morse