Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MARK MORSE, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | **Case No. 2:12-cv-01656-KJM-GGH** <br><br> **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

Plaintiff AF Holdings LLC ("Plaintiff"), by and through its undersigned counsel, hereby files this Motion for Voluntary Dismissal Without Prejudice of the instant action, pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff's counsel attempted to meet and confer with Defendant in order to obtain a stipulation to dismissal of the action, but Defendant did not respond.

Respectfully Submitted,

**DATED: February 21, 2013**

By:      /s/ Paul Duffy     

 Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 21, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system. In addition, Defendant was served by U.S. mail postage prepaid consistent with the Federal Rules of Civil Procedure at the following last known residential address:

>   Mark Morse
>   1999 Bay Meadows Dr.
>   Wasco, CA 93280

**DATED: February 21, 2013**               By:                 ____/s/  Paul Duffy_____