IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,                                        NO. 2:12-cv-1656 KJM GGH PS

    vs.

MARK MORSE,

    Defendant.                                    <u>ORDER</u>

_____/

        Plaintiff has requested that this action be dismissed.  Plaintiff indicates that it attempted to obtain a stipulated dismissal from defendant, but defendant did not respond.

        Accordingly, IT IS HEREBY ORDERED that defendant notify this court, within ten days, whether he has any objection to the dismissal of this action.  Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: February 27, 2013

                                    <u>/s/ Gregory G. Hollows</u>
                            UNITED STATES MAGISTRATE JUDGE

GGH:076/AFHoldings1656.59a.wpd