IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,

    Plaintiff,                        NO. 2:12-cv-1656 KJM GGH PS

    vs.

MARK MORSE,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff has requested that this action be dismissed.  Plaintiff indicates that it attempted to obtain a stipulated dismissal from defendant, but defendant did not respond.  On February 28, 2013, defendant was ordered to notify the court within ten days if he had any objection to dismissal of the action.  Defendant has not filed an objection.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: April 2, 2013

                                    <u>/s/ Gregory G. Hollows</u>
                            UNITED STATES MAGISTRATE JUDGE

GGH:076/AFHoldings1656.59.wpd